GEOFFREY HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Mattheau Faithauer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>     Plaintiff,                                     )<br>                                                           )<br>     v.                                                )<br>                                                           )<br>MATTHEW FAITHAUER,                 )<br>                                                           )<br>     Defendant.                                  )<br>_____) | No.  CR 12-0074 MEJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING APPEARANCE<br>DATE FROM MAY 24, 2012 TO JUNE 7,<br>2012 |

**STIPULATION**

The parties are scheduled to appear before this Court on May 24, 2012 at 10:00 a.m. Undersigned defense counsel will not be available on that date and requests that the parties' appearance be continued to June 7, 2012 or the next available date thereafter for this Court.  The government has no objection to this request. Mr. Faithauer is out of custody and is being supervised by U.S. Pretrial Services.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
CR 12-0074 MEJ

1  SO STIPULATED.

2

3  Dated:     5/23/12

                                        MELINDA HAAG
4                                          United States Attorney

5
                                            /s/
6                                          ACADIA SENESE
                                        Assistant United States Attorney
7

8
9  Dated:     5/23/12                              /s/
                                        SHAWN HALBERT
                                        Attorney for Defendant Mattheau Faithauer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
CR 12-0074 MEJ

**ORDER**

For the reasons stated above and for good cause shown, the Court continues the status date in this matter from May 24, 2012 to June 7, 2012 [or to _____ ___, 2012] at 10:00 a.m..

SO ORDERED.

DATED: May 23, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
CR 12-0074 MEJ

3