STEVEN KALAR
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant MATTHEAU FAITHAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-12-00074 MEJ |
|---|---|
| Plaintiff, | ) **DEFENDANT'S REQUEST FOR ORDER GIVING U.S. PROBATION DISCRETION TO START DEFENDANT'S TERM OF HOME CONFINEMENT LATER THAN 14 DAYS AFTER SENTENCING;** [PROPOSED] **ORDER** |
| v. | |
| MATTHEAU FAITHAUER, | |
| Defendant. | |

On October 25, 2012, the Court sentenced defendant Mattheau Faithauer to a term of probation with Special Condition of Probation No. 7 being that he consent to home confinement with location monitoring at the discretion of U.S. Probation for a period of 6 months.  Presumably in light of an issue raised in defendant's sentencing memorandum regarding Mr. Faithauer's job training and a related request that Mr. Faithauer's start date for home confinement be at the discretion of U.S. Probation, the court orally stated that the start date of Mr. Faithauer's home confinement would be at the discretion of U.S. Probation.  The written judgment did not explicitly include this term but

because it also did not specify a start date for the home confinement, undersigned counsel believed that this effectively granted U.S. Probation such discretion.

Undersigned counsel has learned that U.S. Probation has an agreement with the Court to commence home confinement no later than 14 days after sentencing unless otherwise ordered by the Court. In order to delay the start date of home confinement to accommodate Mr. Faithauer's completion of job training by November 29, 2012, U.S. Probation has indicated that the Judgment either needs to be amended or the Court needs to issue an Order. Thus, the defense respectfully requests that the Court sign the proposed Order giving U.S. Probation discretion to start Mr. Faithauer's home confinement more than 14 days after sentencing at its discretion. Alternatively, the Court could issue an Amended Judgment in a Criminal Case making this modification to Special Condition No. 7.

DATED: November 2, 2012

Respectfully Submitted,

STEVEN G. KALAR
Federal Public Defender

/s/

SHAWN HALBERT
Assistant Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEAU FAITHAUER,<br><br>    Defendant. | No. CR-12-00074 MEJ<br><br>[PROPOSED] ORDER GIVING U.S. PROBATION DISCRETION TO START DEFENDANT'S TERM OF HOME CONFINEMENT LATER THAN 14 DAYS AFTER SENTENCING |

    For good cause shown, IT IS HEREBY ORDERED that U.S. Probation has discretion to start Mr. Faithauer's six month period of home confinement more than 14 days after sentencing.

IT IS SO ORDERED.

DATED: November 28, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
Chief United States Magistrate Judge

Def. Request for Order re: Surrender Date
No. CR-12-00074 MEJ                              2