# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

UNITED STATES OF AMERICA )
) Docket Number:
vs. ) 0971 3:12CR00074-001 MEJ
)
MATTHEAU FAITHAUER )
)

FILED
MAR 9 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORDER TO MODIFY THE CONDITIONS OF PROBATION**

ON MOTION OF ALL PARTIES AND THE OFFENDER HAVING ADMITTED TO ALL VIOLATIONS IN THE PETITION, THE COURT MODFIES THE CONDITION OF PROBATION TO INCLUDE THE FOLLOWING:

The offender shall participate in the Location Monitoring Program as directed by the probation officer for a period of one month, and be monitored by Radio Frequency (RF). Location monitoring shall be utilized to verify his compliance with a curfew while on the program. The offender is restricted to his residence everyday from 8:00 p.m. to 6:00 a.m., or as directed by the probation officer. The offender shall be responsible to pay for the entire amount of the cost of the monitoring.

Date: 3-9-15

Maria-Elena James
United States Magistrate Judge